Miguel Mazo Valdivia
203 Rio Mesa Way
Galt CA. 95632

Plaintiff 209-693-8458

vs

County of Sacramento
Grant NUGENT, Gary Leeds

Defendant.

Case No: 2:22-cv-01643-KJM-DB

**FILED**
FEB 21 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Proof of US Postal Invoice
Mail to Atena Maxwell
Beshoy Botros
Larry L Henry,
Clerk of the Court
US marshall

2-21-2023

*[signature]*

| Date | Recipient | Service | Tracking | Status | Cost |
|---|---|---|---|---|---|
| 20/23 | Athena Maxwell | First-Class Mail® | Tracking Number Unavailable | Label Printed | $2.16 |
| 11/23 | Beshoy Botros | First-Class Mail® | Tracking Number Unavailable | Label Printed | $1.92 |
| 11/23 | Larry L. Henry, Clerk of the Court | First-Class Mail® | Tracking Number Unavailable | Label Printed | $5.92 |
| 11/12/22 | US Marshall | Priority Mail® | 9405509202121094237245 | Delivered | $8.27 |

**Purchased On**
11/12/22, 10:02 PM

**Sender Address**
Miguel Marquez

9935 Kost Rd
Galt, CA 95632-8803, US

**Recipient Address**
US Marshall
US Marshall
501 I St, Ste 5600
Sacramento, CA 95814-7304, US

**Tracking Number**
9405509202121094237245

**Carrier Account**
2000038350 - USPS

**Shipment Information**
My Box
9in x 6.5in x 3in, 1 lbs 8 oz
Priority Mail®                  $8.27
Total                           $8.27

Carrier: USPS    Tracking number: 9405509202121094237245