LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Gigi Knudtson, CSB No.: 114993
Ashley M. Calvillo, CSB No.: 340128
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email:  longyear@longyearlaw.com
           knudtson@longyearlaw.com
           calvillo@longyearlaw.com

Attorneys for Defendants,
County of Sacramento, Grant Nugent, M.D.
and Gary Leeds, M.D.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| MIGUEL MARQUEZ VALDIVIA,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SACRAMENTO, GRANT NUGENT, GARY LEEDS and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-CV-01643-KJM-DB (PS)<br><br>***AMENDED* NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>**Date:  May 19, 2023**<br>**Time: 10:00 a.m.**<br>**Judge:  Hon. Deborah Barnes**<br>**Courtroom:  27** |

TO PLAINTIFF, MIGUEL MARQUEZ VALDIVIA, PLAINTIFF PRO SE:

PLEASE TAKE NOTICE that on May 19, 2023 at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 27 in the above court, located at 501 I street, Sacramento, Defendants County of Sacramento, Grant Nugent, M.D. and Gary Leeds, M.D, will and hereby does move this Court to dismiss Plaintiff's Complaint, pursuant to Rule 12 (b)(6), on the following grounds:

1. Plaintiff's claims brought under § 1983 are time-barred under California Codes of Civil Procedure § 335.1.
2. Plaintiff's state law tort claims are similarly time-barred under § 340.5; and California Government Code § 945.6.

     This motion is based on this Notice of Motion, and the Memorandum of Points and Authorities, filed in support thereof, the pleadings on file herein, and any oral or other evidence which may be introduced at the time of the hearing on this motion.

Dated: March 22, 2023                     LONGYEAR & LAVRA, LLP

                                        By:  /s/ Ashley Calvillo
                                                VAN LONGYEAR
                                                GIGI KNUDTSON
                                                ASHLEY M. CALVILLO
                                                Attorneys for Defendants,
                                                County of Sacramento, Grant Nugent, M.D. and Gary Leeds, M.D.

# PROOF OF SERVICE

**CASE TITLE:** *Valdivia v. County of Sacramento, et al.*
**COURT:** USDC Eastern District of California
**CASE NO:** 2:22-cv-01643-KJM-DB (PS)

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 555 University Avenue, Suite 280, Sacramento, CA 95825.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On March 22, 2023, I caused the following to be served:

### *AMENDED* NOTICE OF MOTION AND MOTION TO DISMISS

**XX**   United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

____   By ELECTRONIC MAIL - by personally sending to the addressee's Electronic Mail address a true copy of the above-described document(s).

### SEE ATTACHED SERVICE LIST

XX   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 22, 2023, at Sacramento, California.

/S/: D. Gonzales
D. Gonzales
Employee of Longyear & Lavra, LLP

## SERVICE LIST

| **Plaintiff in pro se:**<br>Miguel Marquez Valdivia<br>207 Rio Mesa Way<br>Galt, CA 96632<br>T:  209-693-8458<br>Email: legalpaperbox@gmail.com | |