UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MARQUEZ VALDIVIA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:22-cv-01643-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. Nos. 18, 26) |

Plaintiff Miguel Marquez Valdivia is proceeding *pro se* and *in forma pauperis* in this civil action. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 5, 2024, the assigned magistrate judge issued findings and recommendations recommending that Defendants' motion to dismiss Plaintiff's claims as time-barred by the applicable statutes of limitations (Doc. No. 18) be denied because Plaintiff sufficiently alleged facts to support tolling of the limitations period. (Doc. No. 26.) Those pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 9–10.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

*de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on November 5, 2024 (Doc. No. 26) are adopted in full;
2. Defendants' motion to dismiss (Doc. No. 18) is denied; and
3. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **December 6, 2024**

Dena Coggins
United States District Judge

2