UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL MARQUEZ VALDIVIA,

Plaintiff,

v.

COUNTY OF SACRAMENTO, et al.,

Defendants.

No. 2:22-cv-01643-DC-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 36, 38)

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On May 21, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 38. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 21, 2026, are ADOPTED;

2. Defendants' Motion for Summary Judgment (ECF No. 36) is GRANTED; and

/////

3. The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge